UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
Leon Campbell,

                                    Plaintiff,

        -against-                              Case No. 09cv3306 (TLM)

Geraldo Natal and the City of New York,

                                    Defendant,
-------------------------------------------------------------- X

## **JUDGMENT**

      This case was tried to a jury on June 18, 19, 20, and 21, 2012. Pursuant to the jury verdict rendered this date, it is

      **ORDERED** that judgment be and is hereby entered in favor of defendants Geraldo Natal and the City of New York, and against plaintiff Leon Campbell dismissing plaintiff's claim with prejudice.

      **IT IS FURTHER ORDERED** that defendants' oral Rule 50 motion is **DENIED AS MOOT**.

      **IT IS FURTHER ORDERED** that plaintiff's oral Rule 50 motion is **DENIED.**

      **IT IS FURTHER ORDERED** that plaintiff Leon Campbell be and is hereby cast with the costs of this proceeding, pursuant to Fed. R. Civ. P. 54(d).

      **SO ORDERED.**

                                                                Tucker L. Melançon
                                                                United States District Judge

June 21, 2012
Brooklyn, NY