Docket & File

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
Leon Campbell,

                                      Plaintiff,

      -against-                                  Case No. 09cv3306 (TLM)

Geraldo Natal

                                    Defendant,
------------------------------------------------------------ X

## JURY VERDICT FORM

1. **Do you find that plaintiff has proven by a preponderance of the evidence that defendant Geraldo Natal used excessive force against him on September 6, 2007?**

        ____ Yes                   ✓ No

*If you answered "Yes" to Question 1, answer Question 2. If you answered "No" to Question 1, proceed to Question 3.*

    2. **What amount of compensatory or nominal damages do you award to plaintiff under his federal excessive force claim for the September 6, 2007 incident?**

        $_____

3. **Do you find that plaintiff has proven by a preponderance of the evidence that defendant Geraldo Natal used excessive force against him on September 23, 2007?**

        ____ Yes                   ✓ No

*If you answered "No" to Question 3, stop; you have reached a verdict. Please have the foreperson date and sign the verdict sheet and tell the Court Security Officer you have reached a verdict. If you answered "Yes" to Question 3, answer Question 4.*

    4. **What amount of compensatory or nominal damages do you award to plaintiff under his federal excessive force claim for the September 23, 2007 incident?**

        $_____

*Please have the foreperson date and sign the verdict sheet and tell the Court Security Officer you have reached a verdict.*

                                             _____
                                             FOREPERSON

June 21, 2012
Brooklyn, NY

1

